UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN BERTONCELLO-BASURTO, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:21-cv-125-TAV-DCP |
| RELYANT GLOBAL, LLC, | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, defendant's motion for summary judgment [Doc. 24] is **GRANTED**. This case is hereby **DISMISSED**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

  LeAnna R. Wilson
   CLERK OF COURT